# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 22-1163** **September Term, 2025**

**NLRB-12-CA-214830**
**NLRB-12-CA-214908**
**NLRB-12-CA-215039**
**NLRB-12-CA-215040**
**NLRB-12-CA-215665**
**NLRB-12-CA-217862**
**NLRB-12-CA-218260**
**NLRB-12-CA-221108**

**Filed On:** August 20, 2026

Hospital Menonita de Guayama, Inc.,

Petitioner

v.

National Labor Relations Board,

Respondent

------------------------------

Consolidated with 22-1180

## O R D E R

Upon consideration of the petitioner's bill of costs, it is

**ORDERED** that petitioner's request for costs be granted. Costs are awarded to the petitioner in the amount of $1,987.50 and taxed against respondent.

Costs are payable directly between the parties. Payment should not be submitted to the Clerk.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk